# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2025 WY 77

*April Term, A.D. 2025*

**July 16, 2025**

REBECCA JEAN NICOLE
LEAVITT,

Appellant
(Defendant),

v.

THE STATE OF WYOMING,

Appellee
(Plaintiff).

S-25-0087

### ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following the filing of Appellant's *pro se* brief, filed herein June 30, 2025.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of felony theft in violation of Wyo. Stat. Ann. § 6-3-402(a)(i).  For this count, the district court imposed a 4 to 6-year sentence of incarceration and required Appellant to pay $170,611.14 in restitution.  Appellant filed this appeal to challenge the district court's February 26, 2025, Judgment and Sentence.

[¶2]    On May 30, 2025, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues she would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.

[¶3]    Now, following a careful review of Appellant's *pro se* brief, the *Anders* brief submitted by appellate counsel, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence, should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Rebecca Jean Nicole Leavitt, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Teton County District Court's February 26, 2025, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 16th day of July, 2025.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**

*Justice Hill is recused